IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| AMERICAN FOREST & PAPER ASSOCIATION, Inc., et al., | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. 12-1452 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

## STATUS REPORT

Respondent United States Environmental Protection Agency ("EPA") files this status report in accordance with the Court's order in this case.

Petitioners challenge a regulation promulgated by EPA under the Clean Air Act titled "Mandatory Reporting of Greenhouse Gases; Final Rule," 74 Fed. Reg. 56,260 (Oct. 30, 2009). At the parties' request, the Court on January 11, 2013, placed this case in abeyance and directed EPA to file status reports on 120-day intervals thereafter.

The parties are continuing their efforts to resolve the issues in this case without the need for adjudication by the Court. Accordingly, this case should continue to be held in abeyance.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division


  /S/ David Kaplan
DAVID J. KAPLAN
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington D.C.  20026-3986
Tel:  (202) 514-0997
Fax: (202) 514-8865

Counsel for Respondent EPA

Dated: May 15, 2013

## CERTIFICATE OF SERVICE

  I certify that, on May 15, 2013, I caused the attached filing to be served through the Court's electronic filing system, to lead counsel of record in this case that have, as required, registered in that system.

              <u>/S/ David Kaplan</u>